IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED MONTEON,

        Petitioner,        No. CIV S-10-2101 GGH P

    vs.

GARY SWARTHOUT,

        Respondent.        ORDER

                                /

        Pursuant to the <u>Order</u>, filed on September 13, 2010, petitioner, by filing dated September 17, 2010, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis (docket # 7) is granted.  <u>See</u> 28 U.S.C. § 1915(a).

DATED: September 27, 2010            /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
mont.2101.ifpg